PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Kasahn Mason　　　　　　　　　　　　　　　Cr.: 06-00026-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 44791

Name of Sentencing Judicial Officer:　THE HONORABLE STANLEY R. CHESLER
　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/26/2012

Original Offense:　Count One: Conspiracy to Commit Murder
　　　　　　　　　Count Two: Possession of a Firearm by a Convicted Felon

**Original Sentence**: 82 months imprisonment, 36 months supervised release

Special Conditions: Drug Treatment, Alcohol Treatment, Substance Abuse Testing, Gang Associate/Member, Gang Restriction Court Ordered, Mental Health Treatment, Restitution - $11,815 (joint and several); Special Assessment $200

**Violation of Supervised Release (11/08/2017):** Previously imposed sentence revoked, the offender was committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 6 months, to run concurrent with the state imposed sentence and two years supervised release.

**Violation of Supervised Release (08/22/2018):** Previously imposed sentence revoked, the offender was committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 5 months, followed by two years supervised release. All originally imposed special conditions are re-imposed

Type of Supervision: Supervised Release　　　　　　　　　Date Supervision Commenced: 12/26/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.'** |
| | On January 15, 2019, Mason submitted to urinalysis testing. The result was confirmed positive by Alere Laboratory for Buprenorphine/Norbuprenophine, more commonly known as "Suboxone," which is generally prescribed as an opiate blocker for persons trying to withdraw from addiction. While the offender did provide a list of prescription medications, it was confirmed by the laboratory that none of his medications would have rendered the test positive for this result, and that the only possible explanation was that the offender ingested the drug. |

On February 1, 2019, the offender was confronted with the positive drug test result; he admitted he took a pill belonging to a friend "out of curiosity." The undersigned officer utilized STARR (Staff Training Aimed and Reducing Recidivism) to redirect the offender's conduct and behavior, intending to induce him to be more cognizant of the repercussions of continued drug use. The offender verbalized an understanding of such outcomes and his desire to avoid them. He was amenable to initiating drug treatment and mental health services. On February 4, 2019, the offender informed the undersigned officer that he had contacted Preferred Behavioral Health as instructed, and was actively seeking such treatment. At this time, an Intake Assessment appointment is pending.

U.S. Probation Officer Action:

As the Court is aware, Mason has a history of violating his term of Supervised Release. Indeed, he is now on his third attempt at Supervised Release and was only released from custody as of December 26, 2018. Just over two weeks later, he ingested a Suboxone pill belonging to someone else, a clear violation of the conditions imposed by the Court. The probation officer notes that Mason expressed his desire to cooperate with a treatment program. Therefore, we are respectfully requesting no formal court action at this time. We will increase the frequency of contact with the offender and monitor his participation in drug and mental health counseling.

Respectfully submitted,

*Carolyn M. Stevens*
By: Carolyn M. Stevens
Sr. U.S. Probation Officer
Date: 02/06/2019 *SAO*

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

2/7/19
Date

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

SUSAN M. SMALLEY
CHIEF U.S. PROBATION OFFICER

THOMAS A. LEAKAN
SUPERVISING U.S. PROBATION OFFICER

SHARON O'BRIEN
SUPERVISING U.S. PROBATION OFFICER

February 7, 2019

401 MARKET STREET
1ST FLOOR
CAMDEN, NJ
(856) 757-5043
FAX: (856) 757-5302

**Mailing Address:**

50 WALNUT STREET
ROOM 1001
NEWARK, NJ 07102

www.njp.uscourts.gov

Honorable Stanley R. Chesler
Senior United States District Judge
Martin Luther King Jr. Federal Building & Courthouse
P.O. Box 0999
Newark, New Jersey 07101

> **RE: MASON, KASAHN**
> **DOCKET NO. 06-00026**
> **REPORT OF NON-COMPLIANCE**

Dear Judge Chesler:

As the Court will recall, Kasahn Mason appeared before Your Honor on two prior violations of Supervised Release. Most recently, on August 22, 2018, having pled guilty to a Violation of Supervised Release involving the use of narcotics, the Court revoked his term of supervision and sentenced him to a five-month custodial term. That term was followed by a two-year term of supervised release.

On December 26, 2018, Mason was released from the custody of the Bureau of Prisons to begin his current term of supervised release. On January 15, 2019, a drug test was administered and the offender tested positive for Suboxone. He was confronted and acknowledged he had taken a friend's pill out of "curiosity" and had no valid prescription. The offender has acknowledged his lapse in judgement; he is also suffering from some health issues. Mason has indicated his willingness to participate in outpatient treatment at this time. Should he continue to test positive, or violate the terms of supervised release in any other manner, the Probation Office will seek a formal violation hearing. Accordingly, we respectfully request no formal action at this time. We will increase supervision efforts and keep the Court apprised of any failure to attend substance abuse treatment.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: Carolyn M. Stevens
Senior U.S. Probation Officer

/cms
Enclosures